UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DONNA JANE WATTS,  Case No.: 9:12-cv-81406-DMM

    Plaintiff,

v.

CITY OF PALM BEACH GARDENS, et al.

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, Donna Jane Watts, hereby give notice of the entry of parties through Plaintiff's Complaint [D.E. 1] of the following entity:

1. City of Hollywood

Respectfully submitted,

/s/Mirta Desir_____
Mirta Desir (NY 4805057 / FL 90103 )
Desir & Associates
P.O. Box 1052
West Palm Beach, Florida 33402
T.: 800.982.5280 ext. 2
E: mdesir@desirlaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of December 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    By: /s/ Mirta Desir_____