UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:12-cv-81406

**DONNA JANE WATTS,**

    Plaintiff,

v.

**CITY OF PALM BEACH GARDENS**, et al.,

    Defendants.

_____/

## DEFENDANTS JONES', BAILEY'S AND BRIERTON'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMITS OF LOCAL RULE 7.1(c)

    The defendant asks for permission to exceed the 20-page limit imposed on memoranda of law established by Local Rule 7.1(c) for their motion to dismiss the plaintiff's complaint.

    Local Rule 7.1(c)(2) sets a 20-page limit on motions and memoranda. The complaint in this case is voluminous containing more than 400 paragraphs and five causes of action. Effectively addressing all allegations made against the defendants is difficult within 20 pages, especially when two defendants mount their defenses within a single filing. The defendants' motion to dismiss is 30 pages including the certificate of service, and has the advantage of not requiring the court to read duplicative filings, since some of the arguments presented in the motion apply to all three state defendants.

    The plaintiff has indicated that she does not oppose the motion.

    Therefore, defendants ask the court to grant the motion.

1

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

<u>s</u>/ *Jason Vail*

Jason Vail
Florida Bar no. 298824
Assistant Attorney General

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
(850) 414-3300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record through use of the Court's CM/ECF system on February 25, 2013.

s/ Jason Vail