



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-81406-DMM

DONNA JANE WATTS,

    Plaintiff,

v.

PAUL ROONEY, CITY OF ORLANDO,
OFFICER MARO KIM, et al.

    Defendants.
_____/

## MOTION TO APPEAR *PRO HAC VICE*,
### REQUEST TO WAIVE DESIGNATION REQUIREMENT, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court of the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Austin L. Moore, Assistant City Attorney for the City of Orlando, City Attorney's Office, 400 South Orange Avenue, 3rd Floor, Orlando, Florida 32801, 407.246.2295, for the purposes of appearance as counsel on behalf of Defendants, MARO KIM, PAUL ROONEY and CITY OF ORLANDO in the above-styled case only, and pursuant to 2B of the CM/ECF Administrative Procedures, to permit Austin L. Moore to receive electronic filings in this case, and in support thereof states as follows:

    1.    The undersigned, Austin L. Moore is not admitted to practice in the Southern District of Florida, but is a member in good standing of the The Florida Bar (Fla. Bar No. 0643262), United States District Court Middle District of Florida and United States Court of Appeals for the Eleventh Circuit.

2. In accordance with Special Rule 4(b)(3), the undersigned is asking this honorable Court *to waive the requirement that the Defendants designate* a member in good standing of The Florida Bar and the United States for the Southern District of Florida, who maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. Defendants ask this Court to waive the requirement because the Orlando City Attorney's Office does not employ any in-house attorneys that are licensed in the Southern District. Additionally, Defendants are optimistic that an early settlement agreement can be reached and do not wish to incur the expenses related to securing local counsel to serve as a designee.

4. In accordance with the local rules of this Court, Austin L. Moore had made payment of this Court's $75.00 admission fee. A certification with Rule 4(b) is attached hereto.

5. Austin L. Moore, hereby requests the Court to allow the undersigned to electronically file in the above-captioned claim and provide Notice of Electronic Filings to Austin L. Moore at austin.moore@cityoforlando.net.

WHEREFORE, Austin L. Moore, moves this Court to enter an Order, ordering Austin L. Moore to appear before this Court on behalf of Maro Kim, Paul Rooney and City of Orlando, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Austin L. Moore.

DATE: February 22, 2013                                           Respectfully submitted,

*[signature]*
Austin L. Moore
Florida Bar No. 643262
Austin.moore@cityoforlando.net
City Attorney's Office
400 South Orange Ave., 3rd Floor
Orlando, Florida  32801
Tel. (407) 246.3485
Fax. (407) 246.2854
Attorney for Maro Kim, Paul Rooney and City of Orlando

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filings was served by U.S. Mail, on the 22nd day of February, 2013, on all counsel or parties of record on the service list.

*[signature]*
Austin L. Moore
Florida Bar No. 643262
Austin.moore@cityoforlando.net
City Attorney's Office
400 South Orange Ave., 3rd Floor
Orlando, Florida  32801
Tel. (407) 246.3485
Fax. (407) 246.2854
Attorney for Maro Kim, Paul Rooney and City of Orlando

Case No.: 12-81406-Civ-Middlebrooks/Brannon

## SERVICE LIST

Mirta Desire, Esq.
mdesir@desirlaw.com
301 Clematis St., Suite 3000
West Palm Beach, FL 33401
Telephone #305.982.7598
Facsimile #305.397.1413
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-81406-DMM

DONNA JANE WATTS,

    Plaintiff,

v.

CITY OF PALM BEACH GARDENS, et al.,

    Defendants.
_____/

## CERTIFICATION OF AUSTIN L. MOORE

Austin L. Moore, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of The Florida Bar and United States District Court, Middle District of Florida.

*/s/ Austin L. Moore*
Austin L. Moore
Florida Bar No. 643262
Austin.moore@cityoforlando.net
City Attorney's Office
400 South Orange Ave., 3rd Floor
Orlando, Florida 32801
Tel. (407) 246.3485
Fax. (407) 246.2854
Attorney for Maro Kim, Paul Rooney and City of Orlando

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-81406-DMM

DONNA JANE WATTS,

    Plaintiff,

v.

PAUL ROONEY, CITY OF ORLANDO,
OFFICER MARO KIM, et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE* AND REQUEST TO WAIVE DESIGNATION REQUIREMENT**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Austin L. Moore, Request to Waive Designation Requirement, and Request to Electronically File Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Austin L. Moore , may appear and participate in this action on behalf of Maro Kim, Paul Rooney and City of Orlando. The Clerk shall allow Austin L. Moore to electronically file via CM/ECF and provide electronic notification of all electronic filings to Austin L. Moore, at austin.moore@cityoforlando.net.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2013.

_____

United States District Judge

Copies furnished to:

Austin L. Moore, Esq.

Mirta Desire, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-81406-DMM

DONNA JANE WATTS,

    Plaintiff,

v.

PAUL ROONEY, CITY OF ORLANDO,
OFFICER MARO KIM, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE* AND REQUEST TO WAIVE DESIGNATION REQUIREMENT

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Austin L. Moore, Request to Waive Designation Requirement, and Request to Electronically File Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

The Motion is GRANTED. Austin L. Moore , may appear and participate in this action on behalf of Maro Kim, Paul Rooney and City of Orlando. The Clerk shall allow Austin L. Moore to electronically file via CM/ECF and provide electronic notification of all electronic filings to Austin L. Moore, at austin.moore@cityoforlando.net.

    DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2013.

_____

United States District Judge

Copies furnished to:

Austin L. Moore, Esq.

Mirta Desire, Esq.