UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DONNA JANE WATTS,                                    Case No.: 9:12-cv-81406-DMM

       Plaintiff,

v.

CITY OF PALM BEACH GARDENS, et al.

       Defendants.

_____/

## MOTION TO EXTEND THE PRETRIAL SCHEDULING ORDER AND FOR CONTINUANCE

Pursuant to Local Rule 7.1 and 7.6, Plaintiff, Donna Jane Watts, by an through her undersigned counsel, files this Motion to Extend the Discovery Schedule and For Continuance and request that this case be set on the Complex Case Management Track, pursuant to Local Rule 16.1(a)(2)(C), and in support thereof state as follows:

1. On 12th December 2012, Plaintiff filed her Complaint in this Court [D.E. 1]. The Complaint listed about 129 named defendants. About fourteen (14) of the named defendants have settled or are in the process of settling; about thirteen (13)[1] have formally waived service and have made an appearance; of the thirteen (13) that have made an appearance, nine (9) have motions and/or pleadings that are pending with the Court while the remainder have filed their respective motions to dismiss; and service has either been executed or are pending on the remaining 102 defendants and will be filed with the Court.

2. The named defendants on the Complaint are a result of requests made by Plaintiff and Plaintiff's Counsel to the Department of Highway Safety and Motor Vehicles (DHSMV) on or prior to January 19, 2012.

3. On January 19, 2012, Plaintiff's counsel requested from the DHSMV an audit request of Plaintiff's Driver and Vehicle Information Database (D.A.V.I.D) records. D.A.V.I.D. is a

---

[1] Defendant Gerald M. Bailey is not included in this estimate, although Attorney Vail made an appearance on his behalf, since a formal waiver of service of summons has not been provided to Plaintiff or to the Court and formal service of process is pending.

    system managed by DHSMV, which is under the direction of Defendant Julie Jones, and the Florida Department of Law Enforcement (FDLE), which is under the direction of Defendant Gerald Bailey.

4. The DHSMV, under the direction of Defendant Jones, provided a complete[2] list to Plaintiff's counsel on or about September 14, 2012 for the date range August 1, 2011 to January 19, 2012.

5. It took the DHSMV nearly nine (9) months to provide Plaintiff with the complete list of the named Defendants from August 1, 2011 to January 19, 2012.

6. Furthermore, Plaintiff's counsel has made bi-weekly and eventually monthly request since January 19, 2012 to date for the names of the individuals that have accessed Ms. Watts records since January 20th 2012.

7. Based on the communications with the DHSMV D.A.V.I.D Request Department, DHSMV has stated that they are understaffed due to the volume of request that they are receiving.

8. Furthermore, DHSMV's representatives have stated that some of the entities named and some unknown entities are not promptly completing the investigations into the matter and as a result DHSMV is not authorized to release the names of any individual or entity that has accessed Plaintiff's records.

9. On January 30, 2013, this Court referred the case to United States Magistrate Judge Dave Lee Brannon for a Scheduling Conference and set a Trial date of September 23, 2013. [D.E. 141].

10. On February 26, 2013, Magistrate Judge Brannon issued a pretrial scheduling order after the scheduling conference. [D.E. 178] (see Exhibit I).

11. As of the date of this Motion, Plaintiff has an outstanding DAVID audit request with DHSMV for the date range January 20th 2012 to November 1st 2012.

12. On or about February 27th 2013, Plaintiff's counsel informed DHSMV to provide her with *any* of the audit results that were completed in relation to the January 20th 2012 to November 1st 2012.

13. DHSMV concurred and has agreed to provide *some* of the available information relating

---

[2] A complete D.A.V.I.D audit request provides the name of all the individuals and entities that accessed the record of the Plaintiff for a specific date range.

    to prospective individual and entity defendants. To date, Plaintiff has not received the results.

14. DHSMV further stated that this list is incomplete and that the remaining list of prospective violations by individual and entity defendant will be provided at a later date, although they are unable to provide a specific date.

15. There are no other available methods by which Plaintiff's Counsel can obtain the list of prospective individual and entity defendants that have accessed Plaintiff's D.A.V.I.D records but for requesting it from the DHSMV.

16. Furthermore, on or about March 11, 2013, Plaintiff will be filing her First Amended Complaint to include additional individual defendants and/or entities.

17. This motion is made in good faith and not for purposes of delay.

18. The relief sought herein will not prejudice the defendants. However, Plaintiff will be significantly and unfairly prejudiced should this motion be denied, in that it will not permit Plaintiff the time needed to seek meaningful fact based discovery of each defendant as an appearance is made on a rolling basis and amend its pleadings as the DHSMV provides the name of prospective defendants whether on its own volition or by Court Order.

Based on the foregoing, Plaintiff respectfully requests that this Court modify the Pretrial Scheduling Order entered on February 26th 2013 and put this case on the Complex Case Management Track, pursuant to Local Rule 16.1(a)(2)(C). The Complex Case Management track would provide time for all aspects of discovery to be completed on a rolling basis as named defendants make an appearance and file their respective motions and/or pleadings. It would also permit defendants whom have not yet made an appearance the opportunity to timely file their motions and/ or pleadings as well as permit Plaintiff reasonable time to complete the discovery of those defendants. Furthermore, the Complex Case Management Track would permit the Plaintiff time to seek relevant motions to compel from the DHSMV, under the direction of Defendant Jones, and the Florida Department of Law Enforcement (FDLE), under the direction of Defendant Bailey, the name of those individuals and entities that have accessed the Plaintiff's information without a legal purpose as well as any other defendants.

WHEREFORE Plaintiff, for good cause, respectfully requests that the parties have about a year,[3] or until February 26th 2014, within which to complete discovery, with the remainder of the pretrial and trial deadlines modified accordingly based on the Court's docket due to the complexity of the case, the number of defendants, the number of expert witnesses that may be needed, the volume of evidence, the problem that may exists in locating the evidence, and the time that will be needed for trial.

## CERTIFICATION

Counsel for the movant certifies that she has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so with all Defendants.

Respectfully submitted,

/s/Mirta Desir_____
Mirta Desir (NY 4805057 / FL 90103)
Desir & Associates
P.O. Box 1052
West Palm Beach, Florida 33402
T.: 800.982.5280 ext. 2
E: mdesir@desirlaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

---

[3] Plaintiff suggests the following dates based on the Complex Case Management Track: a.) Extend the deadline for Joinder of Additional Parties and Amend Pleadings to on or about July 9th 2013; b.) Extend the deadline for Plaintiff's expert witness disclosure to Defendants to on or about October 8th 2013; c.) Extend the deadline for Defendants expert witness disclosure to Plaintiff's to on or about October 22nd 2013; d.) Extend the deadline for parties to furnish opposing counsel with a written list of witnesses to be called at trial to on or about November 5th 2013; e) Extend the deadline for parties to furnish opposing counsel with expert reports or summaries to on or about November 19th 2013; f.) Extend the deadline for all discovery to be completed to on or about December 20th 2013; g.) Extend the deadline for all Pretrial Motions and Memorandum of Law to be filed to on or about January 8th 2014; h.) Extend the deadline for all Joint Pretrial Stipulations to be filed and designations of deposition of testimony to be made to on or about February 16th 2014; i.) Extend the deadline for objections to designations of deposition of testimony to on or about February 26th 2014; j.) Extend the deadline for Jury Instructions or Proposed Findings of Fact and Conclusions of Law to be filed to on or about March 6th 2014; k.) Extend the deadline for the Status Conference / Calendar Call to on or about March 8th 2014.

**I HEREBY CERTIFY** that on this 8th day of March 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Mirta Desir_____

**SERVICE LIST**

**Douglas Todd Marx**
Waldman Trigoboff Hildebrandt Marx & Calnan, P.A.
2200 N Commerce Parkway
Suite 202
Weston, FL 33326
954-467-8600
Fax: 467-6222
Email: dmarx@waldmanlawfirm.com

**Jason Vail**
Attorney General Office
Department of Legal Affairs
The Capitol PL-01
Tallahassee, FL 32399-1050
850-414-3300
Fax: 488-4872
Email: jay.vail@myfloridalegal.com

**Paul A. Daragjati**
Office of General Counsel, Fraternal Order of Police
5530 Beach Blvd.
Jacksonville, FL 32207
(904) 398-7010
Fax: (904) 398-7192
Email: pdaragjati@fop530.com

**David Jeffrey D'Agata**
City of Jacksonville
Office of General Counsel
City Hall
117 West Duval Street, Suite 480

Jacksonville, FL 32202
904-630-1837
Fax: 904-630-1316
Email: dagata@coj.net

**Austin L. Moore**
Assistant Cit Attorney for the City of Orlando
City Attorney's Office
400 South Orange Avenue
3rd Floor
Orlando, FL 32801
407-246-2295
Email: austin.moore@cityoforlando.net

**Allen Coleman Sang**
1850 Lee Road
Winter Park, FL 32789
407-622-7888
Fax: 622-7890
Email: acs@carmanbeauchamp.com